```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

               APR 20 2016    JMG

            AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LORA L. MOSLEY-McKEE,<br><br>　　　　Defendant. | CR16-107 MAT<br><br>INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

### COUNT 1
### (Delay or Destruction of Mail)

Beginning at a time unknown, but no later than March 1, 2015, and continuing through in or about October of 2015, at Oak Harbor, within the Western District of Washington, and elsewhere, the defendant, LORA L. MOSLEY-McKEE, without authority, knowingly did open and destroy certain mail not directed to her.

//

//

Information/*United States v. Lora Mosley-McKee* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | All in violation of Title 18, United States Code, Section 1703(b).

2

3 | DATED this 20th day of April, 2016.

```
                                    /s/ Tom Grigg
                                    _____
                                    ANNETTE L. HAYES
                                    United States Attorney


                                    /s/ Michael Dion
                                    _____
                                    MICHAEL DION
                                    Assistant United States Attorney


                                    /s/ Rebecca S. Cohen
                                    _____
                                    REBECCA S. COHEN
                                    Assistant United States Attorney
```

Information/*United States v. Lora Mosley-McKee* - 2